UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| THEATRICE FAIR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos.: 3:12-CR-102-TWP-HBG; |
| | ) | 3:17-CV-161-TWP |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, it is **ORDERED** that Petitioner's § 2255 motion [Doc. 28 in No. 3:12-CR-102] is **DENIED**. A certificate of appealability from this decision is **DENIED**, as Petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right. *See* U.S.C. § 2255(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). There being no remaining issues, the Clerk of Court is **DIRECTED** to close the civil case.

Additionally, the Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be frivolous. Fed. R. App. P. 24. Therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on appeal. Fed. R. App. P. 24.

**ENTER:**

                                          s/ Thomas W. Phillips
                                    SENIOR UNITED STATES DISTRICT JUDGE